## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EVELYN HUNTER individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> AUTOMATED HEALTH SYSTEMS, INC., a Pennsylvania Corporation <br><br> *Defendant*. | Case No.: 20-cv-3134 |

## PLAINTIFF'S MOTION TO REMAND

For the reasons in Plaintiff's accompanying Memorandum of Law, the Court should remand this action to the Circuit Court of Cook County, Illinois. This Court should remand the action back to state court because there is no subject matter jurisdiction and Defendant does not meet the amount-in-controversy threshold.

Dated: June 23, 2020

Respectfully submitted,

By: /s/ Mara Baltabols
      One of Plaintiff's Attorneys

David Fish
dfish@fishlawfirm.com
Mara Baltabols
mara@fishlawfirm.com
THE FISH LAW FIRM, P.C.
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
Tel: 630.355.7590
Fax: 630.778.0400
docketing@fishlawfirm.com